*No.* 1:24-CR-00265-KES-BAM

## UNITED STATES DISTRICT COURT

**FILED**

Aug 21, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*Eastern District of California*
*Criminal Division*

THE UNITED STATES OF AMERICA

MJ25-06297

*vs.*

ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ,
PABLO ANDRES VALDEZ RODRIGUEZ, ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES SEPULVEDA GUZMAN, BASSIL ALEJANDRO DACOSTA FRIAS,
ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND DIEGO ANANIAS ARELLANO DIAZ
aka FABIO CRISTIAN HERNANDEZ

### S U P E R S E D I N G   I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery, Bank Larceny, Possession of Stolen
Bank Funds, Interstate Transportation of Stolen Goods, and Arson of Commercial Property; 18 U.S.C. §
2113(a) – Bank Robbery (seven counts); 18 U.S.C. § 844(i), 2 – Arson of Commercial Property (four counts);
18 U.S.C. § 844(h), 2 – Arson in Furtherance of a Federal Felony (four counts); 18 U.S.C. §§ 981(a)(1)(C),
924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

_____ /S/ _____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ . *A.D.* 20 _____

B. McAuliffe                                    8/21/25
_____ *Clerk.*

*Bail,* $ ___ PLEASE ISSUE NO-BAIL WARRANTS HIDGALGO PACHECO AND ARELLANO DIAZ; AS
PREVIOUSLY SET FOR ALL REMAINING DEFENDANTS __

GPO 863 525

AO 257
(CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO    PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY    ☐ COMPLAINT    ☐ INFORMATION    ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24CR-00205

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ DIEGO ANANIAS ARELLANO DIAZ-AKA FABIO

Address    CRISTIAN HERNANDEZ

Birth Date

☑ Male    ☐ Alien

☐ Female    (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40 Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM    STACEY MEDINA

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?    ☐ Yes    If "Yes," give date filed
☐ No

                              Mo.    Day    Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal

                              Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PLEASE ISSUE NO-BAIL WARRANT

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO          PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-cr-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

■ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ ALEX MOYANO MORALES

Address

Birth Date

☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
■ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

1:24-CR-00265-KES-BAM

MAGISTRATE JUDGE CASE NO

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
☐ No

Mo.  Day  Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal

Mo.  Day  Year

Name and Office of Person Furnishing Information on
THIS FORM    STACEY MEDINA
■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

DATE TRANSFERRED TO U.S. CUSTODY  ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO    PER 18 U.S.C. 3170

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-cr-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ MAITE CELIS SILVA

Address

Birth Date

☑ Male      ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW
☐ U.S. Att'y  ☐ Defense          DOCKET NO.
☑ this prosecution relates to a pending case involving this same defendant

1:24CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
▶

Name and Office of Person Furnishing Information on
THIS FORM        STACEY MEDINA

☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes    If "Yes," give date filed
☐ No
Mo.   Day   Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo.   Day   Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ✓ NO    PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
✓ SUPERSEDING: CASE No. 1:24-CR-00265
**OFFENSE CHARGED**

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

**DEFENDANT -- U.S. vs.**
▶ ERIK OSORIO OLIVAREZ

Address

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Birth Date
(Optional unless a juvenile)

■ Male  ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
■ this prosecution relates to a pending case involving this same defendant

SHOW
DOCKET NO.
1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes  If "Yes," give date filed ___
☐ No
Mo. Day Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

Name and Office of Person Furnishing Information on
THIS FORM  STACEY MEDINA
■ U.S. Att'y ☐ Other U.S. Agency

DATE TRANSFERRED TO U.S. CUSTODY ▷

Name of Asst. U.S. Att'y (if assigned) ROBERT VENEMAN-HUGHES
✓ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257
(CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No.  1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ PABLO ANDRES VALDEZ RODRIGUEZ

Address

Birth Date

☑ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☑ this prosecution relates to a pending case involving this same defendant

SHOW
DOCKET NO.

1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE
JUDGE CASE NO.
▶

Name and Office of Person Furnishing Information on
THIS FORM     STACEY MEDINA

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▷

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?    ☐ Yes    If "Yes," give date filed
☐ No
Mo.    Day    Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo.    Day    Year

DATE TRANSFERRED
TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257
(CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
   ☑ SUPERSEDING: CASE No.  1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER,
SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**

ROSA FRANCISCA BASTIAS SERRA

Address

Birth
Date

☐ Male      ☐ Alien
☑ Female    (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name
of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20    ☐ 21    ☐ 40.    Show District

☐ this is a reprosecution of charges
previously dismissed which
were dismissed on motion of:        SHOW
☐ U.S. Att'y  ☐ Defense         DOCKET NO.

☑ this prosecution relates to a pending
case involving this same defendant
                                1:24-CR-00265

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were       MAGISTRATE
recorded under                      JUDGE CASE NO

Name and Office of Person
Furnishing Information on
THIS FORM        STACEY MEDINA

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐  Has not been arrested, pending outcome of this proceeding
       If not detained, give date any prior
       summons was served on above charges

2) ☐  Is a Fugitive
3) ☐  Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑  On this charge
5) ☐  On another conviction
6) ☐  Awaiting trial on other charges    ☐ Fed'l  ☐ State
       If answer to (6) is "Yes," show name of institution

Has detainer    ☐ Yes      If "Yes,"
been filed?                give date
                ☐ No       filed
                Mo.    Day       Year

**DATE OF
ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
                        Mo.    Day    Year

**DATE TRANSFERRED
TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO     PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

■ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**

▶ CAMILO ANDRES SEPULVEDA GUZMAN

Address

Birth Date

■ Male     ☐ Alien
☐ Female     (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

■ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

1:24-CR-00265

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM     STACEY MEDINA

■ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☐ No

Mo.   Day   Year

DATE OF ARREST ▶

Or . . . if Arresting Agency & Warrant were not Federal

Mo.   Day   Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**

▶ BASSIL ALEJANDRO DACOSTA FRIAS

Address

Birth Date

☑ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☑ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

1:25-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

▶

Name and Office of Person Furnishing Information on
THIS FORM    STACEY MEDINA

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes  If "Yes," give date filed
☐ No
Mo.  Day  Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ✓ NO          PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
       ✓ SUPERSEDING: CASE No.  1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

■ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

▶ ALVARO ADRIAN LAGOS MIERIES

Address

Birth Date

■ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:          SHOW
☐ U.S. Att'y  ☐ Defense               DOCKET NO.

■ this prosecution relates to a pending case involving this same defendant
                                              1:24-CR-00265

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under         MAGISTRATE JUDGE CASE NO.

▶

Name and Office of Person Furnishing Information on
THIS FORM          STACEY MEDINA

■ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ROBERT VENEMAN-HUGHES
✓ FORFEITURE ALLEGATION

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
         If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State
         If answer to (6) is "Yes," show name of institution

Has detainer been filed?    ☐ Yes    If "Yes," give date filed
                                     ☐ No
                                              Mo.    Day    Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
                                              Mo.    Day    Year
DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

| ADDITIONAL INFORMATION OR COMMENTS |
|---|

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257
(CAED rev 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY ☐ COMPLAINT  ☐ INFORMATION   ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty

☐ Minor

☐ Misdemeanor

☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER,
SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**

HUMBERTO ANIBAL JIMENEZ MORENO

Address

Birth
Date

☑ Male     ☐ Alien

☐ Female    (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name
of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20    ☐ 21    ☐ 40.   Show District

☐ this is a reprosecution of charges
previously dismissed which
were dismissed on motion of:            SHOW
☐ U.S. Att'y   ☐ Defense          DOCKET NO.

☐ this prosecution relates to a pending
case involving this same defendant

1:24-CR-00265

☑ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

MAGISTRATE
JUDGE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM            STACEY MEDINA

☑ U.S. Att'y      ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)   | ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior
summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l    ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer
been filed?
☐ Yes    If "Yes,"
give date
☐ No    filed

Mo.    Day    Year

**DATE OF
ARREST**

Or ... if Arresting Agency & Warrant were not Federal

Mo.    Day    Year

**DATE TRANSFERRED
TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Next Court Date is: status conference on August 27, 2025 at 1pm

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:24-CR-00265

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense
FRESNO, STANISLAUS, PLACER, SUTTER, and SHASTA COUNTY

U.S.C. Citation
Please see charging documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**
KEVIN ALEXANDER HIDALGO PACHECO

Address

Birth Date

☑ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

SA ADAM BRUFLAT, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM    STACEY MEDINA

☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
                            ☐ No
                                       Mo.   Day   Year

DATE OF ARREST

Or ... if Arresting Agency & Warrant were not Federal
                            Mo.   Day   Year
DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO-BAIL WARRANT

<u>United States v. ALEX MOYANO, et al.</u>
**Penalties for Superseding Indictment**

**<u>COUNT 1:</u>**          **ALL DEFENDANTS**

VIOLATION:          18 USC § 371
Conspiracy to Commit Bank Robbery

PENALTIES:          Maximum of 5 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNT 2:</u>**          **MOYANO, CELIS, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ,
                    HIDALGO, ARELLANO**

VIOLATION:          18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:          Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNT 3:</u>**          **MOYANO, CELIS, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ,
                    HIDALGO, ARELLANO**

VIOLATION:          18 USC §§ 2113(a) and 2
                    Bank Robbery and Aiding and Abetting

PENALTIES:          Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNT 4:</u>**          **MOYANO, OSORIO, ARAVENA, GUZMAN, LAGOS, JIMENEZ,
                    HIDALGO, ARELLANO**

VIOLATION:          18 USC §§ 844(i) and 2
Arson of Commercial Property

PENALTIES:          Mandatory minimum of 5 years and a Maximum of 20 years in prison

Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 5:**        **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:        18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:        Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 6:**        **MOYANO, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:        18 USC §§ 844(i) and 2
Arson of Commercial Property

PENALTIES:        Mandatory minimum of 5 years and a Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 7:**        **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:        18 USC §§ 2113(a) and 2
Bank Robbery and Aiding and Abetting

PENALTIES:        Maximum of 20 years in prison,
Fine of up to $250,000; or both fine and imprisonment
3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 8:**        **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:        18 USC §§ 2113(a) and 2

Bank Robbery and Aiding and Abetting

PENALTIES:          Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)


**COUNT 9:**          **MOYANO, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS,
                     JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:          18 USC §§ 844(i) and 2
                    Arson of Commercial Property

PENALTIES:          Mandatory minimum of 5 years and a Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)


**COUNT 10:**         **MOYANO, CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS,
                     JIMENEZ, HIDALGO, ARELLANO**

VIOLATION:          18 USC §§ 2113(a) and 2
                    Bank Robbery and Aiding and Abetting

PENALTIES:          Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)


**COUNT 11:**         **CELIS, OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ,
                     MARIN**

VIOLATION:          18 USC §§ 2113(a) and 2
                    Bank Robbery and Aiding and Abetting

PENALTIES:          Maximum of 20 years in prison,
                    Fine of up to $250,000; or both fine and imprisonment
                    3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 12:**          **OSORIO, ARAVENA, BASTIAS, GUZMAN, LAGOS, JIMENEZ**

VIOLATION:          18 USC §§ 844(i) and 2
                            Arson of Commercial Property

PENALTIES:          Mandatory minimum of 5 years and a Maximum of 20 years in prison,
                            Fine of up to $250,000; or both fine and imprisonment
                            3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:   ALL DEFENDANTS**

VIOLATION:          18 U.S.C. § 924(d)(1),  28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES:          As stated in the charging document